## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LEVESTER GILLARD, SR.
ADC #92839                                                                                           PLAINTIFF

V.                                    5:14CV00216 JM/JTR

MAURICE CULCLAGER,
Cummins Unit, ADC, et al.                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

IT IS SO ORDERED this 14th day of August, 2014.

_____
James M. Moody Jr.
United States District Judge